# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____

**VIRNETX INC.,**
*Appellant*

v.

**CISCO SYSTEMS, INC.,**
*Cross-Appellant*

_____

2023-1765, 2023-1809
_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,714.
_____

## JOINT STIPULATION OF VOLUNTARY DISMISSAL
_____

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), Appellant VirnetX Inc. and Cross-Appellant Cisco Systems, Inc. hereby stipulate to the voluntary dismissal of the above-captioned appeal and cross-appeal (Nos. 2023-1765 and 2023-1809). The parties have agreed that each party shall bear its own costs.

| | |
|---|---|
| Date: April 3, 2024 | Respectfully submitted, |
| /s/ Naveen Modi | /s/ Theodore M. Foster |
| Naveen Modi | Theodore M. Foster |
| Joseph E. Palys | HAYNES AND BOONE, LLP |
| Stephen B. Kinnaird | 675 15th Street, Suite 2200 |
| Igor V. Timofeyev | Denver, CO  80202 |
| Daniel Zeilberger | (303) 382-6205 |
| PAUL HASTINGS LLP | Theo.Foster@haynesboone.com |
| 2050 M Street, N.W. | |
| Washington, D.C.  20036 | David L. McCombs |
| (202) 551-1700 | Debra J. McComas |
| naveenmodi@paulhastings.com | HAYNES AND BOONE, LLP |
| josephpalys@paulhastings.com | 2801 N. Harwood Street, Suite 2300 |
| stephenkinnaird@paulhastings.com | Dallas, TX  75201 |
| igortimofeyev@paulhastings.com | (214) 651-5533 |
| danielzeilberger@paulhastings.com | David.McCombs@haynesboone.com |
| | Debbie.McComas@haynesboone.com |
| *Counsel for Appellant VirnetX Inc.* | |
| | Adam L. Erickson |
| | HAYNES AND BOONE, LLP |
| | 800 17th Street, NW, Suite 500 |
| | Washington, DC  20006 |
| | (202) 654-4531 |
| | Adam.Erickson@haynesboone.com |
| | |
| | *Counsel for Cross-Appellant Cisco Systems, Inc.* |

## CERTIFICATE OF SERVICE

I, Naveen Modi, hereby certify that on April 3, 2024, the foregoing document was filed using the Court's CM/ECF system and a copy served on the parties' counsel of record via ECF.

Date: April 3, 2024   BY:   */s/ Naveen Modi*
Naveen Modi
PAUL HASTINGS LLP
2050 M Street, N.W.
Washington, D.C.  20036
(202) 551-1700